| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
| | BRISA CELESTE CASTILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-00219 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS |
| | ) | OF RELEASE AND ORDER THEREON |
| v. | ) | |
| | ) | |
| BRISA CELESTE CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, MEGAN RICHARDS, Special Assistant United States Attorney, attorney for the plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for defendant Brisa Celeste Castillo, that the conditions of release in the above-captioned case may be amended to reflect that Ms. Castillo's conditions of release may be modified to include the following conditions:

> Defendant shall participate in an inpatient drug treatment program as directed by Pretrial Services in the Central District of California and comply with all the rules and regulations of the program. Defendant shall remain in the inpatient program until released by the pretrial services officer. A responsible party, approved by Pretrial Services, shall escort the defendant to all required court hearings and escort the defendant back to the program upon completion of the hearing.

> Defendant shall refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner, and defendant shall notify Pretrial Services immediately of any prescribed medications; medical marijuana, prescribed

or not, may not be used.

Pretrial Services has requested these modifications and approves of these modifications. All other terms and conditions of Ms. Castillo's pretrial release, not in conflict, shall remain in full force and effect.

DATED: September 10, 2013				Respectfully submitted,

							BENJAMIN B. WAGNER
							United States Attorney


							/s/ Megan Richards
							MEGAN RICHARDS
							Special Assistant U.S. Attorney
							Attorney for Plaintiff


DATED: September 10, 2013				HEATHER E. WILLIAMS
							Federal Defender


							/s/ Eric V. Kersten
							ERIC V. KERSTEN
							Assistant Federal Defender
							Attorney for Defendant
							Brisa Celeste Castillo


# O R D E R

IT IS SO ORDERED.

**Dated:     September 12, 2013**				/s/ Sheila K. Oberto
							UNITED STATES MAGISTRATE JUDGE